# Court of Appeals
# of the State of Georgia

ATLANTA, June 19, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2221. DERRICK BARRON v. THE STATE.**

Derrick Barron filed both a direct appeal and an application for discretionary review from the trial court's denial of his motion for an out-of-time appeal. We granted his application for discretionary review prompting his filing of the notice of appeal in this case. However, because this case is duplicative of the pending direct appeal in Case No. A19A2103, it is hereby DISMISSED as superfluous. The parties are DIRECTED to submit all future filings in this appeal under Case No. A19A2103.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 06/19/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*